

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

February 8, 2024

**Via CM/ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York

RE: *Mercedes v. To Boot New York, Inc.*
Case No.: 1:23-cv-06703-JHR-GWG

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: February 8, 2024

Dear Judge Rearden:

    We represent the Plaintiff in the above-referenced matter. We write with Defendant's consent to respectfully request a thirty-one (31) day extension of time for the parties to file any application to reopen this matter. The new due date would be Monday, March 11, 2024. The requested extension will afford the parties an opportunity to finalize our settlement papers.

    This is the first such request in this matter.

    We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.